THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTOR ARGENIS REA-HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>    Respondents. | No. CV25-2609-TL<br><br>(~~PROPOSED~~) ORDER TO SEAL EXHIBITS |

THE COURT has considered Mr. Rea-Hernandez's unopposed motion to seal Exhibits 1 and 2 in support of his traverse and finds there are compelling reasons to file these documents under seal.

IT IS ORDERED that Exhibits 1 and 2 be filed under seal.

DONE this 8th day of January 2026.

_____
TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Ann K. Wagner*
Assistant Federal Public Defender
Attorney for Victor Rea-Hernandez

ORDER TO SEAL EXHIBITS
(*Rea-Hernandez v. Bondi, et al.*, CV25-2609-TL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100