THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| VICTOR ARGENIS REA-HERNANDEZ, | ) | No. CV25-2609-TL |
| | ) | |
| Petitioner, | ) | (~~PROPOSED~~) ORDER SETTING BRIEFING SCHEDULE |
| v. | ) | |
| PAMELA BONDI, Attorney General of the United States, *et al.*, | ) | |
| Respondents. | ) | |

THE COURT has considered the parties' stipulated motion to set a briefing schedule in regard to Petitioner's Emergency Motion for Order Preventing Transfer During Pendency of Petition (Dkt. 16).

IT IS ORDERED that the briefing schedule on this matter is as follows:

(1) Petitioner's Emergency Motion (Dkt. 16) was filed 1/13/2026

(2) Respondents' Amended Notice of Removal (Dkt. 17) was filed later on 1/13/2026

(3) Petitioner's Supplement in Support of the Motion (Dkt. 19) was filed 1/14/2026

(4) Respondents' Response due 1/22/2026

(5) Petitioner's Reply due and Motion noted for the Court's consideration 1/29/2026

ORDER SETTING BRIEFING SCHEDULE
(*Rea-Hernandez v. Bondi, et al.*, CV25-2609-TL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

DONE this 16th day of January 2026.

_____
TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Ann K. Wagner*
Assistant Federal Public Defender
Attorney for Victor Rea-Hernandez

ORDER SETTING BRIEFING SCHEDULE
(*Rea-Hernandez v. Bondi, et al.*, CV25-2609-TL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100